Appeal of **NORTH AMERICAN OIL &**      **Docket No. 380.**
         **REFINING CO.**

Submitted January 15, 1925; decided January 28, 1925.

*Hubert L. Bolen, Esq.*, for the taxpayer.

*Laurence Graves, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, and TRUSSELL.

At the hearing of the above-entitled appeal, the Board granted the motion of counsel for the Commissioner for leave to file an amended answer. The amended answer admitted that the deficiency set forth in the notice mailed by the Commissioner to the taxpayer on August 14, 1924, was improperly determined.

DECISION.

The deficiency of $20,182.35 for the years 1919 and 1920 determined by the Commissioner is disallowed.